IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE TUCKER : CIVIL ACTION
:
v. :
:
ABLE REALTY, et al. : NO. 13-2090

ORDER

AND NOW, this 15th day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the complaint is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a federal claim upon which relief can be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.